No. 5,605.—STATE EX REL. J. J. KENDIG, COUNTY TREASURER OF McCONE COUNTY, RESPONDENT, *v.* ETTA J. SORENSON, TREASURER OF DAWSON COUNTY, APPELLANT.

*Appeal from District Court, Dawson County; Frank P. Leiper, Judge.*

Decided October 18, 1924.

PER CURIAM.—On motion of respondent to dismiss the appeal herein for failure of appellant to file the record within the time prescribed by law, the appeal is dismissed.

*Messrs. Hurley & O'Neill* and *Mr. Homer A. Hoover,* for Respondent.